IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Benjamin Kim,** | |
| Plaintiff, | |
| v. | |
| **StoneX Group Inc., Global Asset Advisors LLC, Ken Packard and Glenn Swanson, individually,** | Case No. 22-cv-02392 |
| | Hon. Judge Sharon Coleman |
| Defendant. | Magistrate Judge Jeffrey Cole |

**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS
<u>STONEX GROUP INC. AND GLOBAL ASSET ADVISORS LLC WITH PREJUDICE</u>**

It is hereby stipulated and agreed, subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41, all of Plaintiff Benjamin Kim's claims as against Defendants StoneX Group Inc. and Global Asset Advisors LLC are dismissed with prejudice, without costs or attorneys' fees to any party.

**STIPULATED BY:**

Dated: April 5, 2023        **VUCKO LAW LLP**

                By:    /s/<u>Joseph Vucko</u>
                       JOSEPH VUCKO

                       Joseph Vucko
                       Stacey Vucko
                       Vucko Law LLP
                       1431 Opus Place, Suite 110
                       Downers Grove, IL 60515
                       jvucko@vuckolaw.com
                       svucko@vuckolaw.com
                       312-833-4988

                **Attorneys for Plaintiff, BENJAMIN KIM**

Dated: April 5, 2023        **LITTLER MENDELSON P.C.**

1

By:    */s/ Michael Wilder*
       MICHAEL WILDER

Michael A. Wilder, Bar No. 6291053
mwilder@littler.com
Victoria Vanderschaaf, Bar No. 6321660
vvanderschaaf@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street Suite 1100
Chicago, IL 60654
Telephone: 312.372.5520
Facsimile: 312.372.7880

**Attorneys for Defendants StoneX Group Inc., Global Asset Advisors LLC, Ken Packard and Glenn Swanson, individually**

SO ORDERED:

_____
Honorable Judge Sharon Johnson Coleman
United States District Judge

2